SARA A. WALKER, Respondent, v. TOWNAN REALTY CORP. et al., Defendants, and HELMSLEY-SPEAR, INC., Appellant

Concur — Eager, J. P., Tilzer, Rabin, McNally and Witmer, JJ.